IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

NGOMANI DEKATTU,                )
                                )
         Plaintiff,             )
                                )
     v.                         )     3:22-CV-00265
                                )
RODERICK BURNETTE, JENNIFFE     )
INMAN, SHERAIN TEEL, and JENNY  )
LEISER,                         )
                                )
         Defendants.            )

**JUDGMENT**

For the reasons set out in the Memorandum Order entered contemporaneously with this Judgment,

IT IS ORDERED AND ADJUDGED that this action be DISMISSED WITH PREJUDICE as to the <u>Bivens</u> claims against all Defendants in their official capacity as well as the claims based on First Amendment retaliation and the Eighth Amendment, and DISMISSED WITHOUT PREJUDICE as to the <u>Bivens</u> claims against all Defendants in their individual capacity pursuant to 28 U.S.C. §§ 1915A and 1915(e)(2)(B) for failure to state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

              /s/   Thomas D. Schroeder
              United States District Judge

November 18, 2022